IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DION BROWN EL**  **PLAINTIFF**
**#913261**

v.                           Case No. 4:23-cv-00640-KGB

USA, *et al.*                                                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Dion Brown El's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 4th day of March, 2024.

Kristine G. Baker
Chief United States District Court Judge